**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:                                      :        Chapter 13

Timothy Shannon                  :

Debtor(s)      :        Bankruptcy No.  26-16185 CMG

**DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION**

**The Debtor appeared at the 341 meeting on July 9, 2026.  The Chapter 13 Trustee filed an objection with the Court on July 9, 2026.  In response to the trustee's objection Debtor avers as follows:**

1. Debtor provided proof of homeowners insurance to the Chapter 13 Trustee on July 9, 2026.

2. Debtor filed an amended plan with the Court on July 9, 2026 to correct the legal fees and to pay the student loans outside the Chapter 13 Plan.

3. Debtor's proposed Chapter 13 Plan is a 100 percent plan and the bar date for general unsecured creditors is August 10, 2026.

4. The total unsecured debt listed on Schedule F is $2,589.00.

5. Currently the only unsecured creditor that filed a proof of claim in the present case is a student loan provider.   Said debt will be paid outside the Chapter 13 Bankruptcy.

6. The other issues listed on the Chapter 13 Trustee's objection focus on paying unsecured creditors.   Said argument has no merit because Debtor intends to pay all unsecured creditors in full through his Chapter 13 Plan; consequently, there is no prejudice to unsecured creditors.

7. Debtor's Chapter 13 Plan should be confirmed over the Trustee's Objection to Confirmation as it is in complete compliance under the Bankruptcy Code.

WHEREFORE, the Chapter 13 Trustee's Objection to Confirmation should be denied in its entirety.   Debtor's Chapter 13 Plan should be confirmed over the Chapter 13 Trustee's Objection to Confirmation.

July 12, 2026                                      /s/ Mitchell Lee Chambers, Esquire
                                                              602 Little Gloucester Road
                                                              Suite 5
                                                              Blackwood, NJ 08012

**LAW OFFICES OF MITCHELL LEE CHAMBERS**
**NJ BAR NUMBER:** *015512004*
**602 LITTLE GLOUCESTER ROAD**
**SUITE 5**
**BLACKWOOD, NJ 08012**
**PHONE:  856-302-1778**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Timothy Shannon | : | |
| Debtor(s) | : | Bankruptcy No.  26-16185 CMG |

## CERTIFICATE OF SERVICE

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, does hereby certify that, on the date hereof, I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Response upon the Trustee, the Respondent, and other interested parties, at the following fax numbers or addresses:

VIA ECF AND EMAIL

ALBERT RUSSO, TRUSTEE

CN 4853

TRENTON, NJ 08650


VIA EMAIL

Timothy Shannon

20 Kenneth Terrace

Middletown, NJ 07748


July 12, 2026                                  /s/ Mitchell Lee Chambers, Esquire
                                               602 Little Gloucester Road
                                               Suite 5
                                               Blackwood, NJ 08012