Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−16196−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Timothy Joseph Shannon
aka Timothy J. Shannon
20 Kenneth Terrace East
Middletown, NJ 07748

Social Security No.:
xxx−xx−1819

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 2, 2026.

Dated: September 2, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16196-CMG

Timothy Joseph Shannon Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 02, 2026 | Form ID: plncf13 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Joseph Shannon, 20 Kenneth Terrace East, Middletown, NJ 07748-1227 |
| 521308027 | + | HACKENSACK MERIDIAN HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 521234814 | + | Tara Pastoriza-Shannon, 20 Kenneth Terrace East, Middletown, NJ 07748-1227 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 02 2026 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 02 2026 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521234811 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2026 21:48:56 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521320240 | + | Email/Text: bankruptcy@cavps.com | Sep 02 2026 21:42:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 521234815 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 02 2026 21:41:00 | Weichert Finance Ser/D, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 521301278 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 02 2026 21:41:00 | Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 521234812 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 02 2026 21:42:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 521308023 | + | Email/Text: BNCnotices@dcmservices.com | Sep 02 2026 21:41:00 | HOSPITALIST PHYSICIANS OF NEW JERSEY PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 521234813 | ^ | MEBN | Sep 02 2026 21:39:04 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521243684 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 02 2026 21:42:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN, NE 68508-1911 |
| 521311059 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2026 21:48:21 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor Weichert Financial Services bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Mitchell Lee Chambers, Jr | on behalf of Debtor Timothy Joseph Shannon mchambers@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;25915@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4